**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7107

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT DWAYNE EARLY, a/k/a Dollar Rob,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:08-cr-00041-JPJ-3)

Submitted:  January 20, 2022                          Decided:  January 25, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Dwayne Early, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Dwayne Early appeals from the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. After reviewing the record, we conclude that the district court did not abuse its discretion in determining that Early had not established that extraordinary and compelling reasons for a compassionate release sentence reduction were present based on a post-sentencing change applicable to the career offender Sentencing Guideline. We further conclude that the district court did not abuse its discretion by failing to assess the 18 U.S.C. § 3553(a) sentencing factors—including Early's post-sentencing conduct—given its finding that extraordinary and compelling reasons for a compassionate release sentence reduction were not present. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order on this basis. *United States v. Early*, No. 7:08-cr-00041-JPJ-3 (W.D. Va. Jul. 23, 2021). We deny Early's motion and supplemental motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2